UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff(s),<br><br>  v.<br><br>JONATHAN PHILIP MOSZ,<br><br>         Defendant(s). | Case No. 2:15-CR-219 JCM (VCF)<br><br>ORDER |

  Presently before the court is the matter of *United States of America v. Mosz*, case no. 2:15-cr-00080-JCM-VCF.  Jonathan Philip Mosz ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (ECF No. 58).  The court has examined the petition, which requests the court vacate his conviction and dismiss his indictment pursuant to the Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191 (2019). *Id.*

  The court finds that further briefing is appropriate.  The United States of America ("respondent") shall file a response within twenty-one days from the date of this order.  Thereafter, petitioner will have fourteen days to file a reply.

  Accordingly,

  IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 58) no later than twenty-one (21) days from the date of this order.  If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    The clerk is instructed to file this order in the instant matter and in the related civil case,
2 no. 2:20-cv-01089-JCM.
3    DATED June 19, 2020.

4
5    _____
     UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

- 2 -